**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>ANDRE M. DAVIS<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 W. LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0801<br>FAX (410) 962-0820<br>MDDAMDChambers@mdd.uscourts.gov |

March 11, 2003

MEMORANDUM TO COUNSEL RE:

Westport Ins. Co. v. St. Paul Fire & Marine Ins. Co.
Civil No. AMD 02-1774

  I have in hand Mr. Cottrell's letter of today's date. As you might imagine, my disappointment in learning that the issue of apportionment was still open is palpable. In any event, the order of dismissal previously entered in this case is hereby amended to be WITHOUT PREJUDICE pending further order of this court.

  Counsel should submit a joint status report on or before June 1, 2003, as to whether further proceedings will be required in this case.

  Despite the informal nature of this memorandum, it is an order of court and the clerk shall docket it as same.

            Very truly yours,


            Andre M. Davis
            United States District Judge

AMD:tt