**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

August 31, 2003

MEMORANDUM TO COUNSEL RE:

Westport Ins. Co. v. St. Paul fire & Marine Ins. Co.
Civil No. AMD 02-1774

    I thank Mr. Cottrell for his letter dated August 25, 2003. Do I understand that the parties have agreed to consent to the assignment of this case to Judge Grimm for all further proceedings, or is the point of the letter simply that the case will remain on my docket and that Judge Grimm will preside over mediation only?

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt