**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

September 21, 2003

MEMORANDUM TO COUNSEL RE:

Westport Ins. Co. v. St. Paul fire & Marine Ins. Co.
Civil No. AMD 02-1774

    I have received no response from counsel as to my Memorandum dated August 31, 2003. In the meantime, I have spoken to Judge Grimm and he agrees with me that it only makes sense for the parties to consent to his exercise of jurisdiction over this case for all purposes, not merely for ADR. Please let me hear from you on or before October 1, 2003.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt