# TIGHE, COTTRELL & LOGAN, P.A.

**Attorneys at Law**
*FIRST FEDERAL PLAZA*
*P.O. BOX 1031*
*WILMINGTON, DELAWARE 19899*
*Telephone Number: (302) 658-6400*
*Telecopier Number: (302) 658-9836*
*EMAIL: p.cottrell@lawtcl.com*

*BRANCH OFFICES:*
*AFFILIATED WITH*
*MARTIN T. MCDONOUGH, M.D., J.D.*
*19 WEST AVENUE*
*P.O. BOX 303*
*WOODSTOWN, NJ 08098*
*856-769-0211*

*110 WEST ROAD*
*SUITE 245*
*TOWSON, MD 21204*
*410-539-7341*

*2017 SPRING GARDEN STREET*
*PHILADELPHIA, PA 19130-3804*
*215-564-0101*

**VIA E-FILING**

The Honorable Andre M. Davis
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

      Re:     **Westport Insurance Company v. St. Paul Fire & Marine Ins., Co.**
                **Case No. AMD-02-1774**
                **Our File No. 6075**

Dear Judge Davis:

        I am pleased to advise that all counsel in this matter are in total agreement with Your Honor's suggestion in the Memorandum to Counsel of September 21 to assign this matter to Judge Grimm for exercise of jurisdiction over this case for all purposes, not merely for ADR.  Our thanks to Your Honor for this suggestion.

        The parties are hopeful that they might even be able to schedule a mediation with Judge Grimm on Friday, October 17.

                        Respectfully,

                        TIGHE, COTTRELL & LOGAN, P.A.

                        By:  /s/ Paul Cottrell

PC/hj
cc:  Michael P. Tone, Esq. (via email and regular mail)
     Richard A. Simpson, Esq (via email and regular mail)