# *TIGHE, COTTRELL & LOGAN, P.A.*

***Attorneys at Law***
*704 NORTH KING STREET, SUITE 500*
*P.O. BOX 1031*
*WILMINGTON, DELAWARE 19899*
*Telephone Number: (302) 658-6400*
*Telecopier Number: (302) 658-9836*
*Toll Free: (800) 645-6401*
*WRITER'S EMAIL: p.cottrell@lawtcl.com*

*BRANCH OFFICES:*
*AFFILIATED WITH*
*MARTIN T. MCDONOUGH, M.D., J.D.*
*19 WEST AVENUE*
*P.O. BOX 303*
*WOODSTOWN, NJ 08098*

*1220-C EAST JOPPA ROAD*
*SUITE 505*
*TOWSON, MD  21286*

*2017 SPRING GARDEN STREET*
*PHILADELPHIA, PA 19130-3804*

January 9, 2004

**VIA E-FILING**

U.S. Magistrate Judge Paul W. Grimm
United Stated District Court
for District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

> **RE:    Westport Insurance Company v. St. Paul Fire & Marine Ins., Co.**
> **Case No.:  AMD-02-1774**
> **Our File No. 6075**

Dear Judge Grimm:

The Settlement Conference in the matter Westport Insurance Company v. St. Paul Fire & Marine Ins., Co., is scheduled for Tuesday, January 13, 2004.  Michelle Bracke, a representative of Westport will be in attendance.  I respectfully request that I be excused from attending.

Respectfully,

TIGHE, COTTRELL & LOGAN, P.A.

By:   /s/ Paul Cottrell

PC/hj
cc:   Michael P. Tone, Esq. (via email and regular mail)
      Richard A. Simpson, Esq (via email and regular mail)