**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>PAUL W. GRIMM<br>UNITED STATES MAGISTRATE JUDGE | 101 W. LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-4560<br>(410) 962-3630 FAX |

February 20, 2004

**MEMORANDUM TO COUNSEL**

RE:  Westport Ins. Corp. v. St. Paul Fire & Casualty
     Civil Action No.: PWG-02-1774

Dear Counsel:

This will confirm the schedule that has been set in this case.

| | |
|---|---|
| **April 20, 2004** | Expert Witness Disclosure, if necessary; |
| **May 18, 2004** | Rebuttal Expert Witness Disclosure, if necessary; |
| **June 16, 2004** | Discovery Cut-Off; |
| **August 18, 2004** | Dispositive Motion Cut-Off. |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                              Very truly yours,

                               /S/
                              Paul W. Grimm
                              United States Magistrate Judge

PWG/jnf
Court File