```
 1            IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF MARYLAND
 3
 4   WESTPORT INSURANCE CORPORATION, )
 5                    Plaintiff,     )
 6         vs.                       ) Civil Action
 7   ST. PAUL FIRE & MARINE          ) No. AMD-02-1774
 8   INSURANCE COMPANY,              )
 9                    Defendant.     )
10
11         The deposition of MARTIN W. TERPSTRA,
12   CPA, CFE, called for examination, taken pursuant to
13   the Federal Rules of Civil Procedure of the United
14   States District Courts pertaining to the taking of
15   depositions, taken before CHERYL E. NICHOLSON, CSR
16   No. 84-1932, a Notary Public within and for the
17   County of DuPage, State of Illinois, and a Certified
18   Shorthand Reporter of said state, at Conference
19   Room A, Suite 525, Three First National Plaza, 70
20   West Madison Street, Chicago, Illinois, 60602-4261,
21   on the 14th day of May, A.D. 2004, at 2:13 p.m.
22
23
24                                        ORIGINAL
```

EXHIBIT D



ESQUIRE™
DEPOSITION SERVICES

LINKING TESTIMONY, TRADITION AND TECHNOLOGY
*Chicago:* 312.782.8087 • 800.708.8087 • Fax 312.704.4950

```
 1               If I call it American Express as opposed
 2   to American Express Business Services, is that
 3   acceptable to you?
 4        A.   Fine.
 5        Q.   Was American Express retained with
 6   respect to the Blum Yumkas matters?
 7        A.   Yes, we were.
 8        Q.   When were you?  When was the company
 9   retained?
10        A.   In the spring of 2000.
11        Q.   And were you the engagement partner, so
12   to speak?
13        A.   Yes, sir.
14        Q.   And what would your title have been in
15   terms of this engagement?
16        A.   I would have been the -- I'm the practice
17   director for professional liability services, so any
18   engagement for accounting malpractice or legal
19   malpractice matters would be under my purview.
20        Q.   And how long have you served in that
21   capacity?
22        A.   14 years.
23        Q.   Now, were you the head of the engagement
24   from American Express's standpoint?
```