IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. AMD-02-1774 |
| ) | |
| vs. ) | |
| ) | |
| ST. PAUL FIRE & MARINE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant ) | |
| ) | |

<u>ORDER</u>

_____Plaintiff's Motion for Extension of Time To File Dispositive Motions and To Compel Defendant's Responses To Discovery is hereby GRANTED.

_____
Judge