IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. AMD-02-1774 |
| | ) | |
| vs. | ) | |
| | ) | |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

### Certificate of Service

    I, Paul Cottrell, Esquire, hereby certify that on the 17th day of August, 2004, service of a true and complete copy of Plaintiff's Motion for Extension of Time to File Dispositive Motions and to Compel Defendant's Responses to Discovery was served upon the following by e-mail through the CM ECF Filing System:

        Richard A. Simpson
        Ross, Dixon & Bell, LLP
        2001 K. Street, N.W.
        Washington, D.C.  20006-1040

                            TIGHE, COTTRELL & LOGAN, P.A.

                            /s/ Paul Cottrell
                            Paul Cottrell, Esquire
                            MD I.D. # 6364
                            First Federal Plaza, Suite 500
                            P.O. Box 1031
                            Wilmington, Delaware 19899
                            (302) 658-6400
                            p.cottrell@lawtcl.com