IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, )<br>)<br>Plaintiff )<br>) No. AMD-02-1774<br>vs. )<br>)<br>ST. PAUL FIRE & MARINE INSURANCE )<br>COMPANY, )<br>)<br>Defendant )<br>) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Westport Insurance Corporation ("Westport"), for its Motion for Extension of Time To File Response to Defendant's Motion for Summary Judgment, states as follows:

1. Pursuant to the Scheduling Order entered by this Court: Expert Witness Disclosures were due by April 20, 2004; Rebuttal Expert Witness Disclosures by May 18, 2004; Discovery Cut-Off June 16, 2004; and Dispositive Motions are due by August 18, 2004. St. Paul requested an extension to disclose expert witnesses until June 1, 2004, which was granted by this Court on April 15, 2004.

2. On June 15, 2004, Westport served St. Paul with Requests to Admit, Interrogatories, and Document Requests. On July 13, 2004, St. Paul responded to Westport's Requests for Admission. However, St. Paul has never responded to Westport's Interrogatories or Document Requests.

3. On August 17, 2004, Westport filed a Motion for Extension of Time To File Dispositive Motions and To Compel Defendant's Responses to Discovery. In the motion, Westport seeks an Order: (1) Compelling Defendant to Answer Westport's Discovery; (2) Confirming that St. Paul has waived any all objections to Westport's Discovery, and (3) Extending Westport's time to file dispositive motions, until 30 days after receipt of St. Paul's discovery.

4. On August 17, 2004, St. Paul a Motion for Summary Judgment.

5. To properly respond to St. Paul's Motion for Summary Judgment, Westport believes it is first entitled to review all relevant facts and documents regarding this matter, which documents and facts were requested in Westport's discovery requests.

6. Westport therefore respectfully requests that this Honorable Court grant Westport an extension of time to respond to St. Paul's motion, to a reasonable time after Westport is in receipt of St. Paul's discovery.  Westport is unable to seek a specific date, which date will be dependent upon this Court's ruling on Westport's motion to compel.

7. Westport conferred with St. Paul's counsel, who confirmed that St. Paul would be unable to provide discovery in time for the dispositive motion deadline, and advised Westport's counsel that St. Paul would agree to the motions filed by Westport.

WHEREFORE, Westport Insurance Company prays that this Honorable Court issue an order granting Westport's Motion for Extension Of Time To File A Response to St. Paul's Motion for Summary Judgment, to a date certain after Westport is in receipt of St. Paul's discovery responses.

Respectfully submitted,

WESTPORT INSURANCE COMPANY

By: __/s/ Paul Cottrell_____
Paul Cottrell, Esquire
MD I.D. # 6364

Paul Cottrell, Esq.
TIGHE, COTTRELL & LOGAN
First Federal Plaza
704 North King Street, Suite 500
Wilmington, Delaware 19801
(302) 658-6400
Attorney for Plaintiff

Dated: August 20, 2004