IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, )<br>)<br>Plaintiff )<br>) No. AMD-02-1774<br>)<br>vs. )<br>)<br>ST. PAUL FIRE & MARINE INSURANCE )<br>COMPANY, )<br>)<br>Defendant )<br>) | |

## **ORDER**

_____After consideration of the Pleadings and Arguments of Counsel, Plaintiff's Motion for Extension of Time To File Response to St. Paul's Motion for Summary Judgment is hereby GRANTED.

_____
Judge