IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WESTPORT INSURANCE CORPORATION,       )
                                      )
              Plaintiff               )
                                      )        No. AMD-02-1774
                                      )
vs.                                   )
                                      )
ST. PAUL FIRE & MARINE INSURANCE      )
COMPANY,                              )
                                      )
              Defendant               )
                                      )

**CERTIFICATE OF SERVICE**

I, Paul Cottrell, Esquire, hereby certify that on the 20th day of August, 2004, service of a true and complete copy of Plaintiff's Motion for Extension of Time to File Response to Defendant's Motion for Summary Judgment was served upon the following by e-mail through the CM ECF Filing System:

Richard A. Simpson
Ross, Dixon & Bell, LLP
2001 K. Street, N.W.
Washington, D.C.  20006-1040

TIGHE, COTTRELL & LOGAN, P.A.

_/s/ Paul Cottrell_
Paul Cottrell, Esquire
MD I.D. # 6364
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, Delaware 19899
(302) 658-6400
p.cottrell@lawtcl.com