IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: AMD-02-1774 |
| ) | |
| ST. PAUL FIRE & MARINE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### WESTPORT'S CROSS MOTION FOR SUMMARY JUDGMENT

Plaintiff, Westport Insurance Corporation ("Westport"), by and through its counsel, hereby moves for summary judgment, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 105(1). In support thereof, Westport submits the following Memorandum in Support of Plaintiff's Cross Motion for Summary Judgment and Response to Defendant's Motion for Summary Judgment, and Exhibits A through I.

WHERERFORE, Westport Insurance Corporation respectfully requests that this Honorable Court deny St. Paul's Motion for Summary Judgment, and grant judgment in Westport's favor, declaring that, as a matter of law: (1) St. Paul's obligation to defend was triggered by St. Paul's notice of the underlying claims asserted against Irving Cohn; (2) St. Paul breached its duty to defend Cohn, thereby obligating St. Paul to pay all defense costs and fees incurred with respect to the underlying claims; and (3) the St. Paul Policy is primary, by virtue of the "other insurance clauses contained in the St. Paul, and Westport policies, thereby obligating St. Paul to reimburse Westport for all defense costs and fees incurred with respect to the underlying claims asserted against Cohn.

1

Respectfully Submitted:

**WESTPORT INSURANCE CORPORATION**


By: __/s/  Paul Cottrell_____
      M.D. I.D. #06364

Paul Cottrell, Esquire
TIGHE, COTTRELL & LOGAN
First Federal Plaza
704 North King Street
Suite 500
Wilmington, Delaware 19801
Telephone: (302) 658-6400


Michelle M. Bracke, Esq., admitted pro hac vice
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street
Suite 2300
Chicago, IL 60661
Telephone: (312) 466-8000