IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. AMD-02-1774 |
| ) | |
| vs. ) | |
| ) | |
| ST. PAUL FIRE & MARINE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant ) | |
| ) | |

**CERTIFICATE OF SERVICE**

    I, Paul Cottrell, Esquire, hereby certify that on the 12th day of October, 2004, service of a true and complete copy of *Westport's Cross Motion for Summary Judgment and Westport's Memorandum of Law in Support of Westport's Cross Motion for Summary Judgment and in Opposition to St. Paul's Motion for Summary Judgment* was served upon the following by e-mail through the CM-ECF Filing System:

        Richard A. Simpson
        Ross, Dixon & Bell, LLP
        2001 K. Street, N.W.
        Washington, D.C.  20006-1040

                      TIGHE, COTTRELL & LOGAN, P.A.

                      /s/ Paul Cottrell
                      Paul Cottrell, Esquire
                      MD I.D. # 6364
                      First Federal Plaza, Suite 500
                      P.O. Box 1031
                      Wilmington, Delaware 19899
                      (302) 658-6400
                      p.cottrell@lawtcl.com