UNITED STATES DISTRICT COURT

101 West Lombard Street, Room 810
Baltimore, Maryland 21201

Paul W. Grimm  Tele: (410) 962-4560
United States Magistrate Judge  Fax: (410) 962-3630

November 1, 2004

Re: *Westport v. St. Paul*
    PWG-02-1774

**MEMORANDUM FOR COUNSEL**

Dear Counsel:

    In furtherance of our telephone conference last Friday, I would be grateful if the documents submitted as part of the joint stipulation of facts be submitted as a single exhibit, but with the pages numbered consecutively, much the way that an appellate joint record extract is organized. This will enable me to cite to page references as opposed to exhibit numbers.
    Thank you for your assistance.

Sincerely,

_____/S/_____
Paul W. Grimm
United States Magistrate Judge