IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WESTPORT INSURANCE CORPORATION, )
                         )
       Plaintiff,    )
vs.                            ) Civil Action No.: AMD-02-1774
                         )
ST. PAUL FIRE & MARINE INSURANCE )
COMPANY,                   )
                         )
      Defendant.   )
_____)

## PROPOSED ORDER

This matter having come before the Court on the parties' cross-motions for summary judgment, it is hereby ORDERED that

Defendant, St. Paul Fire & Marine Insurance Company's motion for summary judgment shall be and hereby is GRANTED;

Plaintiff, Westport Insurance Corporation's cross-motion for summary judgment shall be and hereby is DENIED.

                                                  _____
                                                  The Honorable Andre M. Davis
                                                  United States District Court Judge

310496 v1