IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ST. PAUL FIRE & MARINE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant ) <br> ) | No. AMD-02-1774 |

**CERTIFICATE OF SERVICE**

    I, Paul Cottrell, Esquire, hereby certify that on the 1th day of December, 2004, service of a true and complete copy of *Plaintiff Westport's Reply In Support of Its Cross Motion For Summary Judgment* was served upon the following by e-mail through the CM-ECF Filing System:

    Richard A. Simpson
    Ross, Dixon & Bell, LLP
    2001 K. Street, N.W.
    Washington, D.C.  20006-1040

    TIGHE, COTTRELL & LOGAN, P.A.

    /s/ Paul Cottrell
    Paul Cottrell, Esquire
    MD I.D. # 6364
    First Federal Plaza, Suite 500
    P.O. Box 1031
    Wilmington, Delaware 19899
    (302) 658-6400
    p.cottrell@lawtcl.com