LAW OFFICES

# HEARNE & BAILEY, P. A.

FREDERIC E. WIERMAN
CHARLES R. DASHIELL, JR.
CHRISTOPHER F. DAVIS
PHILIP C. SMITH

CHARLES E. HEARNE, JR. (1909 - 1995)
JAMES P. BAILEY (1922 - 1987)

COLONIAL BUILDING
126 EAST MAIN STREET
SALISBURY, MD 21801

PLEASE REPLY TO:

P. O. BOX 138
SALISBURY, MD 21803-0138

TELEPHONE: (410) 749-5144
FAX NO:    (410) 749-8273
e-mail:
psmith@shore.intercom.net

June 1, 2000

Joseph W. Schmitt, Esq.
385 Washington Street
508A
St. Paul, Minnesota  55102-1396

RE:   Irving F. Cohn Matter

Dear Mr. Schmitt:

    It was a pleasure talking to you on May 31, 2000 about the above-captioned case. Pursuant to our telephone conversation, I have enclosed a copy of a Complaint that we received from one of the beneficiaries of the Trust that were administered by Mr. Cohn. Please note that at this time this Complaint has not been filed nor served.

    If you have any questions concerning this matter, please call me.

               Very truly yours,

               Philip C. Smith

PCS:sdf
Enc.

00093

F:\Users\SF\34237Smitt


EXHIBIT B