# BOLLINGER, RUBERRY & GARVEY

ATTORNEYS AT LAW
CITICORP CENTER
SUITE 2300
500 WEST MADISON STREET
CHICAGO, ILLINOIS 60661-2511
(312) 466-8000
FACSIMILE (312) 466-8001

MICHELLE M. BRACKE
WRITER'S DIRECT DIAL NUMBER
(312) 466-7232

April 3, 2002

WRITER'S E-MAIL ADDRESS
michelle.bracke@brg-law.net

**VIA FACSIMILE &**
**FIRST-CLASS MAIL:**

David B. Applefeld, Esq.
Adelberg, Rudow, Dorf & Hendler, LLC
Mercantile Bank Building
2 Hopkins Plaza
Suite 600
Baltimore, Maryland  21201

RE:     **Waller v. Blum, Yumkas, et al.**
        Claim No.:    432600
        Our File No.: 02919-531 MAIL

Dear Mr. Applefeld:

We have evaluated your request that Westport agree to pay 50% of the reasonable fees and costs to defend Irving Cohn against this matter, and write to advise you of the following.

Please be advised that Westport will agree to pay 50% of the reasonable costs and expenses of independent counsel, at the rate customarily paid by Westport for the defense of claims, subject to a full reservation of rights, including the defenses raised in our May 29, 2001 letter, the pending declaratory action filed by Westport in the United States District Court for the District of Maryland, and any other defenses, whether or not raised therein.  Westport's payment of 50% of defense costs does not constitute a waiver of any rights or defenses of Westport, and Westport reserves all of its rights and defenses, whether or not stated herein.  This includes, but is not limited to, the right to seek full reimbursement and/or reallocation of the payment of fees from St. Paul Insurance Company, as Cohn's primary insurer, as well as the right to withdraw from the defense and/or to seek reimbursement of fees directly from Irving Cohn, in the event it is determined that the Waller complaint is not, in fact, covered under the Westport Policy and/or that the Westport Policy is void *ab initio.*

Westport claim representative Kathy Mastoris will review your bills, and forward payment under separate cover.  Please continue to report to Ms. Mastoris regarding all matters related to

00125

BOLLINGER, RUBERRY & GARVEY

David B. Appelfeld, Esq.
April 3, 2002
Page 2


Irving Cohn's defense in the Waller matter. Should you have any questions regarding this letter, or wish to further discuss the coverage issues, please contact me.

Very truly yours,

Michelle M. Bracke

MMB:sgb

cc:    Kristina Miller, Westport Insurance Corporation
       Kathy Mastoris, Westport Insurance Corporation

00126