## WESTPORT v. ST. PAUL - Westport Expenses Incurred

| DATE | CLIENT | INVOICE # | AMOUNT |
|---|---|---|---|
| 08/17/01 | ADELBERG | 43997 | 2,151.75 |
| 09/24/01 | ADELBERG | 44287 | 2,780.45 |
| 10/19/01 | ADELBERG | 44586 | 3,131.05 |
| 12/05/01 | ADELBERG | 45052 | 10,058.00 |
| 12/27/01 | ADELBERG | 45303 | 5,810.77 |
| 01/07/02 | ADELBERG | 45384 | 3,105.75 |
| 02/22/02 | ADELBERG | 45885 | 2,689.82 |
| 03/14/02 | ADELBERG | 46069 | 4,642.83 |
| 04/26/02 | ADELBERG | 46576 | 5,499.17 |
| 05/20/02 | ADELBERG | 46829 | 4,786.02 |
| 06/17/02 | ADELBERG | 47012 | 4,346.74 |
| 07/15/02 | ADELBERG | 47337 | 7,356.75 |
| 08/23/02 | ADELBERG | 47798 | 5,675.87 |
| 10/18/02 | ADELBERG | 48409 | 2,374.45 |
| 11/16/02 | ADELBERG | 48729 | 2,015.75 |
| 12/12/02 | ADELBERG | 49141 | 5,107.25 |
| 01/30/03 | ADELBERG | 49486 | 526.50 |
| 02/25/03 | ADELBERG | 49767 | 2,020.00 |
| 03/12/03 | ADELBERG | 49876 | 1,675.00 |
| 04/10/03 | ADELBERG | 50221 | 2,551.93 |
| 05/19/03 | ADELBERG | 50694 | 2,000.70 |
| 06/18/03 | ADELBERG | 50908 | 451.25 |
| 08/14/03 | ADELBERG | 51558 | 304.60 |
|  |  |  | 81,062.40 |
|  |  |  |  |
| 04/14/00 | AMEX | 7117125131 | 151,348.62 |
| 05/08/00 | AMEX | 7117127028 | 139,702.51 |
| 06/08/00 | AMEX | 7117131405 | 136,295.00 |
| 07/07/00 | AMEX | 7117134347 | 91,441.50 |
| 08/11/00 | AMEX | 7117136484 | 69,806.50 |
| 09/22/00 | AMEX | 7117139724 | 131,808.00 |
| 10/13/00 | AMEX | 7117140725 | 39,957.50 |
| 11/28/00 | AMEX | 8803 | 41,775.50 |
| 01/21/01 | AMEX | 12913 | 124,552.50 |
| 02/23/01 | AMEX | 16022 | 51,147.37 |
| 03/27/01 | AMEX | ACHG19206 | 28,055.50 |
| 04/25/01 | AMEX | ACHG23357 | 16,839.01 |
| 05/23/01 | AMEX | ACHG28757 | 25,004.42 |
| 06/26/01 | AMEX | ACHG36161 | 40,375.16 |
| 07/24/01 | AMEX | ACHG37453 | 41,065.00 |
| 08/28/01 | AMEX | ACHG40477 | 41,647.50 |
| 09/26/01 | AMEX | ACHG46620 | 27,253.32 |
| 10/25/01 | AMEX | ACHG47791 | 2,798.12 |
| 11/27/01 | AMEX | ACHG54418 | 6,251.37 |
| 12/21/01 | AMEX | ACHG56850 | 2,775.22 |
| 01/28/02 | AMEX | ACHG60827 | 572.00 |
| 04/23/02 | AMEX | ACHG70149 | 25,966.50 |
| 05/24/02 | AMEX | ACHG78564 | 1,507.50 |
| 06/24/02 | AMEX | ACHG81791 | 2,680.00 |
| 07/25/02 | AMEX | ACHG85614 | 670.00 |
| 08/22/02 | AMEX | ACHG88999 | 1,766.00 |
| 09/23/02 | AMEX | ACHG92819 | 2,370.00 |
| 11/22/02 | AMEX | ACHG105204 | 344.50 |
| 12/17/02 | AMEX | ACHG107203 | 145.00 |
| 12/17/02 | AMEX | ACHG107203 | 145.00 |
| 07/30/03 | AMEX | ACHG149307 | 203.00 |
|  |  |  | 1,246,269.12 |

EXHIBIT

## WESTPORT V. ST. PAUL - Westport Expenses Incurred

| DATE | CLIENT | INVOICE # | AMOUNT |
|---|---|---|---|
| 06/26/00 | ECCLESTON | D23166 | 1,870.00 |
| 08/18/00 | ECCLESTON | 23503 | 21,932.14 |
| 09/19/00 | ECCLESTON | 23700 | 549.60 |
| 10/20/00 | ECCLESTON | 23931 | 6,747.40 |
| 01/31/01 | ECCLESTON | 24647 | 5,905.15 |
| 04/30/01 | ECCLESTON | 25316 | 5,479.00 |
| 06/29/01 | ECCLESTON | D25870 | 656.00 |
| 09/28/01 | ECCLESTON | 26545 | 8,572.50 |
| 02/27/02 | ECCLESTON | 27547 | 14,599.22 |
| 04/30/02 | ECCLESTON | 28068 | 55.00 |
| 06/28/02 | ECCLESTON | 28648 | 14,608.13 |
| 07/24/02 | ECCLESTON | 28767 | 14,927.67 |
| 07/24/02 | ECCLESTON | 28765 | 1,235.50 |
| 10/31/02 | ECCLESTON | 29474 | 207.00 |
| 10/31/02 | ECCLESTON | 29473 | 20,477.99 |
| 01/30/03 | ECCLESTON | 30068 | 6,926.09 |
| 04/30/03 | ECCLESTON | 30850 | 9,940.84 |
| 08/29/03 | ECCLESTON | 31581 | 900.00 |
| | | | 135,589.23 |
| | | | |
| 05/08/00 | HEARNE | | 10,331.40 |
| 09/01/00 | HEARNE | | 4,849.09 |
| 10/12/00 | HEARNE | | 4,142.74 |
| 11/14/00 | HEARNE | | 3,672.00 |
| 12/13/00 | HEARNE | | 2,790.45 |
| 01/10/01 | HEARNE | | 1,861.65 |
| 02/13/01 | HEARNE | | 5,124.90 |
| 03/09/01 | HEARNE | | 3,646.69 |
| 04/17/01 | HEARNE | | 4,560.27 |
| 05/11/01 | HEARNE | | 5,091.25 |
| 06/13/01 | HEARNE | | 5,887.35 |
| 07/12/01 | HEARNE | | 1,464.65 |
| 08/09/01 | HEARNE | | 2,908.31 |
| 09/10/01 | HEARNE | | 4,660.68 |
| 10/10/01 | HEARNE | | 2,978.10 |
| 10/31/01 | HEARNE | | 347.60 |
| 11/30/01 | HEARNE | | 422.55 |
| 12/31/01 | HEARNE | | 287.55 |
| 01/31/02 | HEARNE | | 676.25 |
| 02/12/02 | HEARNE | | 963.80 |
| 03/15/02 | HEARNE | | 4,954.40 |
| 05/13/02 | HEARNE | | 2,076.30 |
| 08/14/02 | HEARNE | | 1,291.95 |
| 11/16/02 | HEARNE | | 1,452.60 |
| | | | 76,442.53 |
| | | | |
| | | | 1,539,363.28 |

00202