# FILED SEPARATELY SHEET

Civil Docket No. PWG-02-1774

Criminal Docket No.

## FILED SEPARATELY

- ☐ Answer
- ☐ Answer and attachment(s)
- ☐ Attachment(s)
- ☐ Exhibit(s)
- ☐ Motion:
- ☐ Sealed
- ☒ Transcript of Proceedings before the Court on 12/7/04
- ☐ Transcript of Proceedings before SSA
- ☐ Deposition of taken on
- ☐ Other __

## MARGINAL ORDER

For Pleading No.

See Pleading No.

**NO. 32**