IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WESTPORT INSURANCE CORPORATION, )
)
       Plaintiff, )
vs. ) Civil Action No.: AMD-02-1774
)
ST. PAUL FIRE & MARINE INSURANCE )
COMPANY, )
)
       Defendant. )
_____)

## NOTICE OF APPEAL

Notice is hereby given that Defendant ST. PAUL FIRE & MARINE INSURANCE COMPANY, in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from final judgment entered in this action on the 10th of December 2004.

                                       Respectfully submitted,

                                       ROSS, DIXON & BELL, LLP

Dated: January 4, 2005               By:_____/s/_____
                                                 Richard A. Simpson
                                                 Maryland Federal Bar No. 014714
                                                 2001 K Street, N.W.
                                                 Washington, D.C. 20006-1040
                                                 Phone: (202) 662-2035
                                                 Facsimile: (202) 662-2190
                                                 *Attorneys for Defendant St. Paul*
                                                 *Insurance Company*

Of Counsel:
Michael P. Tone
Ross, Dixon & Bell, LLP
Three First National Plaza, Suite 525
Chicago, IL 60602
Phone – 312-759-1920

312774 v1

## CERTIFICATE OF SERVICE

      I certify that on this 4th day of January, 2005, service of a true and complete copy of the above and forgoing pleading was made upon the following by depositing in the U.S. Mail, postage prepaid:

| Paul Cottrell<br>Tighe, Cottrell & Logan, P.A.<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899 | Michelle M. Bracke, Esq.<br>Bollinger Ruberry & Garvey<br>500 W. Madison Street, Suite 2300<br>Chicago, Illinois 60661-2511 |
|---|---|

                                                      /s/<br>                                      Richard A. Simpson

312774 v1