IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WESTPORT INSURANCE CORPORATION, )
)
                        Plaintiff,         )
)
        vs.                   )   Civil Action No.:  AMD-02-1774
)
ST. PAUL FIRE & MARINE INSURANCE  )
COMPANY,                         )
)
            Defendant.      )
)

## MOTION FOR APPROVAL OF SUPERSEDEAS BOND

Defendant/appellant St. Paul Fire & Marine Insurance Company ("St. Paul")
respectfully submits the Supersedeas Bond attached to this motion as Exhibit A.  St. Paul
requests that, pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, the Court
approve the Supersedeas Bond and stay enforcement of the December 10, 2004 judgment
entered against St. Paul in this action pending appeal.  As required by Local Rule 110, the
bond is in the amount of $1,847,735.90, which is 120% of the amount of the judgment
entered against St. Paul in this action, plus an additional $500 to cover costs on appeal.

Respectfully submitted,

ROSS, DIXON & BELL, LLP


Dated:  January 12, 2005              By:   */s/ Richard A. Simpson*
                                       Richard A. Simpson
                                       Maryland Federal Bar No. 014714
                                       2001 K Street, N.W.
                                       Washington, D.C. 20006-1040
                                       Phone: (202) 662-2035
                                       Facsimile: (202) 662-2190
                                       *Attorneys for Defendant St. Paul*
                                       *Insurance Company*

Of Counsel:
Michael P. Tone
Ross, Dixon & Bell, LLP
Three First National Plaza, Suite 525
Chicago, IL 60602
Phone – 312-759-1920

## <u>CERTIFICATE OF SERVICE</u>

      I certify that on this 12th day of January, 2005, service of a true and complete copy of the above and forgoing pleading was made upon the following by depositing in the U.S. Mail, postage prepaid:

| | |
|---|---|
| Paul Cottrell<br>Tighe, Cottrell & Logan, P.A.<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899 | Michelle M. Bracke, Esq.<br>Bollinger Ruberry & Garvey<br>500 W. Madison Street, Suite 2300<br>Chicago, Illinois  60661-2511 |

                         ___*/s/ Richard A. Simpson*_____
                         Richard A. Simpson