TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| ☒ Notice of Filing<br>☐ Cross Appeal<br>☐ Interlocutory Appeal<br>☐ Additional NOA<br>☐ Corrected Amended NOA<br>☐ Transmittal of Record<br>☐ Transmittal of Certificate<br>☐ Supplement to ROA<br>☐ Supplemental Certificate<br>☐ Other__ | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND AT BALTIMORE<br><br>Caption:<br>Westport Insurance Corp.<br>v.<br>St. Paul Fire & Marine Insurance Company | District Court Case No. AMD-02-1774<br>4 CCA Case No. 05-1064<br>Consolidated with No.<br><br>Case Manager:<br><br>ALECIA F. DOHNAL |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed:<br>1/4/05<br><br>2. Amended NOA filed: | 4. Fees<br>       ☐ no fee required (IFP)<br>$5 filing fee:       ☒ paid   ☐ unpaid<br>$100 docketing fee:   ☒ paid   ☐ unpaid<br>Pauper status:   ☐ granted  ☐ denied  ☐ pending in District Court<br>Does PLRA apply?   ☐ yes ☐ no   ☐ 3 strikes?   ☐ yes ☐ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3. District Judge:<br>Paul W. Grimm | 5. Materials Under Seal in District Court?   ☐ yes ☒ no<br><br>Party Names Under Seal in District Court?   ☐ yes ☒ no |
| 6. Official Court Reporter(s)<br><br>Gail Simpkins<br><br><br><br>Coordinator(s):<br>Stephanie L. Savoy | 7. Transcript<br><br>___ In-Court Hearing Held?   ☒ yes  ☐ no<br><br>8. Criminal/Prisoner Cases<br><br>☐ recalcitrant witness     Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

| **Part II** | **TRANSMITTAL OF RECORD TO COURT OF APPEALS** |
|---|---|
| ORIGINAL RECORD<br>Pleadings:     Vols. _____<br>Transcript:     Vols. _____<br>Exhibits:      Vols. _____<br>Depositions:    Vols. _____<br>State Ct. Record: Vols. _____<br>Sealed:        Vols. _____<br>No. of Boxes   _____ | SUPPLEMENT TO RECORD - SUPPLEMENT #<br>Pleadings:     Vols. _____<br>Transcript:     Vols. _____<br>Exhibits:      Vols. _____<br>Depositions:    Vols. _____<br>State Ct. Record: Vols. _____<br>Sealed:        Vols. _____<br>No. of Boxes   _____ |

Deputy Clerk: Briana Hilberg       Phone:  (410) 962-3937       Date: January 6, 2005