UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

NO. 05-1064

Westport Insurance Corporation

vs.

St. Paul Fire & Marine Insurance Company

Criminal No.

Civil Action No. PWG-02-1774

## CERTIFICATE

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland, certify that the record in this case is complete for the purposes of the appeal and is available for transmission to the court of appeals upon request.

Date: January 21, 2005

Felicia C. Cannon, Clerk

By _____
Deputy Clerk

Certificate that Record is Complete (Rev. 01/25/02)