UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
September 29, 2005

No. 05-1064
CA-02-1774-PWG

WESTPORT INSURANCE CORPORATION

Plaintiff - Appellee

v.

ST. PAUL FIRE & MARINE INSURANCE COMPANY

Defendant - Appellant

SEP 3 0 2005

O R D E R

Appellant has filed a consent motion to dismiss.

The Court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.  The Clerk of this Court will issue a certified copy of this order to the Clerk of the District Court as and for the mandate.

For the Court - By Direction

/s/  Patricia S. Connor

CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY _____
Deputy Clerk

SCANNED