NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

September 29, 2005

**MANDATE**

TO: Clerk, District Court/Agency

FROM: Alecia F. Dohnal
      Deputy Clerk

RE: 05-1064 Westport Ins Co v. St. Paul Fire
    CA-02-1774-PWG

HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE,
ON THE JUDGMENT ENTERED BY THE COURT ON 9/29/05.

[ ] Order and Certified Copy of Judgment
[ ] Opinion and Certified Copy of Judgment
[ ] Order on Costs
[x] Order dismissing appeal R42(b) or Local Rule 45
[ ] Other: _____
[ ] The record has been retained for use in case number _____

cc:  Paul Cottrell
     Michelle M. Bracke
     Richard Albert Simpson

SEP 3 0 2005

SCANNED